IN THE UNITED STATES DISTRICT COURT
WESERN DISTRICT OF MISSOURI

| | |
|---|---|
| LAURA RUSHASI )<br>    Plaintiff )<br>)<br>VS. )<br>)<br>CHECK INTO CASH OF MISSOURI, INC. )<br>    Defendant ) | Case No. 6:17-cv-3299 |

## DISMISSAL WITH PREJUDICE

PLAINTIFF, by counsel, hereby dismisses the above matter with prejudice, with parties to bear their own costs.

                                                                  LAMPERT LAW OFFICE, LLC

                                                                   By:/s/ Raymond Lampert_____
                                                                       Raymond Lampert, #57567
                                                                       2847 S. Ingram Mill Rd., Ste A-100
                                                                       Springfield, MO 65804
                                                                       Phone: (417) 886-3330
                                                                       Fax: (417) 886-8186
                                                                       *Attorney for Plaintiff*